# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

B1 (Official Form 1) (1/08)

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BUCKLEY MANOR HOLDINGS LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6302 17th Avnue**<br>**Brooklyn, NY**<br>ZIPCODE **11204** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**79 Yaun Avenue, Liberty, NY** | ZIPCODE **12753** |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **BUCKLEY MANOR HOLDINGS LLC** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BUCKLEY MANOR HOLDINGS LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X _____<br>Signature of Attorney for Debtor(s)<br><br>Kevin J. Nash<br>Goldberg, Weprin, Finkel,<br>Goldstein, L.L.P.<br>1501 Broadway, 22nd Floor<br>New York, NY 10036<br>(212) 221-5700  Fax: (212) 730-4518<br><br>September 18, 2009<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____ |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>**Yidel Perlstein**<br>Printed Name of Authorized Individual<br>**Manager/Member**<br>Title of Authorized Individual<br>**September 18, 2009**<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Eastern District of New York

IN RE:                                 Case No. _____

BUCKLEY MANOR HOLDINGS LLC             Chapter 11
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Solomon Hoffman<br>125 Penn St.<br>Brooklyn, NY 11211 | | | | 877,000.00 |
| Perfect Car Rental<br>6302 17th Avenue<br>Brooklyn, NY 11204 | | | | 125,000.00 |
| Avigdor Gutwein<br>1314 58th Street<br>Brooklyn, NY 11219 | | | | 85,000.00 |
| BLZ Electric<br>150 52nd Street<br>Brooklyn, NY 11232 | | | | 80,000.00 |
| Discover Card<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | | | | 15,000.00 |
| Combined Energy Services<br>P.O. Box 333<br>Thompsonville, NY 12784 | | | | 4,300.00 |
| NYSEG<br>P.O. Box 5234<br>Binghamton, NY 13902 | | | | 4,000.00 |
| Liberty Pest Control<br>2629 Route 302<br>Middletown, NY 10941 | | | | 714.21 |
| Atlantic Communications<br>20 Henry St., Suite 1<br>Binghamton, NY 13901 | | | | 125.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: September 18, 2009      Signature: _____

                                       Yidel Perlstein, Manager/Member
                                                                      (Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              Case No.

BUCKLEY MANOR HOLDINGS LLC                          Chapter 11

                        Debtor.
-----------------------------------------------------------x

## LIMITED LIABILITY COMPANY RESOLUTION

At a special meeting of the Buckley Manor Holdings LLC (the "Company") held on September 18, 2009, and upon due consent and after motion duly made, seconded and unanimously carried, it is hereby:

> **RESOLVED**, that the Company is authorized and empowered to cause the filing of a petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court in the Southern District of New York, and that the same is in the best interests of the Company and its creditors and equity holders; and it is further
>
> **RESOLVED**, that the Company is authorized to retain the firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as counsel to represent the Company in connection with the purposes of proceeding with prosecution of Chapter 11 case.

Dated: September 18, 2009

                              BUCKLEY MANOR HOLDINGS LLC

                              By: _____
                                  Name: Yidel Perlstein
                                  Title: Manager/Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                    Chapter 11

BUCKLEY MANOR HOLDINGS LLC                Case No.:

                    Debtor.

## LIST OF EQUITY HOLDERS

Blima Perlstein                           50%

Yidel Perlstein                           50%

Executed on September 18, 2009

                                BUCKLEY MANOR HOLDINGS LLC

                                By:_____
                                    Name: Yidel Perlstein
                                    Title: Manager/Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                        Chapter 11

BUCKLEY MANOR HOLDINGS LLC,      Case No.:

                                 Debtor.
-----------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Buckley Manor Holdings LLC (the "Debtor"), certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Executed on September 18, 2009

                                               BUCKLEY MANOR HOLDINGS LLC

                                               By: _____
                                               Name: Yidel Perlstein
                                               Title: Manager/Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                                CHAPTER 11

BUCKLEY MANOR HOLDINGS LLC                            CASE NO.

        Debtor.
-----------------------------------------------------X

## SCHEDULE OF PENDING LAWSUITS

1. Galster Funding LLC
   v. Buckley Manor Holdings, LLC, et al.
   Supreme Court, Sullivan County
   Index No. 3478-09
   Attorney:   Kalter, Kaplan, Zeigler & Forman
               6166 State Route 42
               P.O. Box 30
               Woodbourne, NY 12788

Dated: New York, New York
       September 18, 2009

                              BUCKLEY MANOR HOLDINGS LLC

                   By: _____/s/_____
                        Name: Yidel Perlstein
                        Title: Manager/Member

KEVIN J. NASH, ESQ.
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                        Chapter 11

BUCKLEY MANOR HOLDINGS LLC,                                   Case No.:

                        Debtor.
------------------------------------------------------------x

## AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULES

YIDEL PERLSTEIN affirms as follows:

1.     I am the managing member of Buckley Manor Holdings LLC (the "Debtor") and submit this Affirmation in accordance with Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.     The Debtor owns a 37 unit multi-family residential garden apartment complex in Liberty, New York spread over six buildings (the "Property"). The Debtor acquired the Property in 2006 for the sum of $1,425,000.

3.     Although the Property is located in Liberty, New York, the Debtor's principals live in Brooklyn, New York and the Debtor maintains its executive and business offices in Brooklyn from which the operations of the

Property are conducted. In deference to the foregoing, the Chapter 11 case has been venued in the Eastern District of New York.

4. There are no pending bankruptcy cases against the Debtor and this petition is filed as voluntary Chapter 11 case.

5. Pursuant to Bankruptcy Rule 1007(d), a list containing the names and addresses of the creditors holding the twenty (20) largest unsecured non-disputed claims against the Debtor is attached thereto. Also, in accordance with Local Bankruptcy Rules, a list containing the names and address of the Debtor's creditors and equity holders are likewise attached hereto.

6. The Debtor's secured creditor is Galster Funding LLC ("Galster") which in recent weeks apparently acquired a first mortgage originally held by Astoria Bank. The Debtor currently owes a principal balance under the mortgage of $1,031,226.34.

7. The mortgage recently went into default. Although the defaults are relatively small, amounting to less than $50,000 in the aggregate, Galster apparently acquired the mortgage in an effort to attempt to gain control of the Property and has quickly instituted foreclosure proceedings.

8. As a result, the Debtor is compelled to file a Chapter 11 case to maintain the going concern value of the Property, while it seeks to restructure the mortgage debt. If necessary, the Debtor will cure and reinstate the mortgage so as to prevent forfeiture of the Property.

9. The Debtor has no employees and relies upon an on-site superintendent to help manage the Property. The Debtor's principals do not receive a salary and all rents are used to maintain the Property.

10. Currently, the Property operates at a small deficit, although it is 100% occupied. Monthly rents total approximately $26,500 per month.

Executed September 18, 2009

_____
YIDEL PERLSTEIN

# United States Bankruptcy Court
## Eastern District of New York

IN RE:                                                      Case No. _____

<u>BUCKLEY MANOR HOLDINGS LLC</u>                           Chapter <u>11</u>
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: <u>September 18, 2009</u>

_____
Debtor

_____
Joint Debtor

_/s/_____
Attorney for Debtor

ATLANTIC COMMUNICATIONS
20 HENRY ST SUITE 1
BINGHAMTON NY  13901


AVIGDOR GUTWEIN
1314 58TH STREET
BROOKLYN NY  11219


BLZ ELECTRIC
150 52ND STREET
BROOKLYN NY  11232


COMBINED ENERGY SERVICES
PO BOX 333
THOMPSONVILLE NY  12784


DISCOVER CARD
PO BOX 30943
SALT LAKE CITY UT  84130


GALSTER FUNDING LLC
156 WILLIAM STREET SUITE 802
NEW YORK NY  10038


INTERNAL REVENUE SERVICE
10 METRO TECH CENTER
625 FULTON STREET
BROOKLYN NY  11201


KALTER KAPLAN ZEIGER & FORMAN
6166 STATE ROUTE 42
PO BOX 30
WOODBOURNE NY  12788

LIBERTY PEST CONTROL
2629 ROUTE 302
MIDDLETOWN NY  10941


NYC DEPT OF FINANCE
ATTN: LEGAL AFFAIRS
345 ADAMS ST - 3RD FLOOR
BROOKLYN NY  11201


NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
BLDG 8 HARRIMAN CAMPUS
ALBANY NY  12227


NYSEG
PO BOX 5234
BINGHAMTON NY  13902


PERFECT CAR RENTAL
6302 17TH AVENUE
BROOKLYN NY  11204


SOLOMON HOFFMAN
125 PENN ST
BROOKLYN NY  11211


VILLAGE OF LIBERTY
167 MAIN ST
LIBERTY NY  12754